UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 1:24-cv-06999-JGLC
KRESHNIK HOTI and DESIART YMERAGA,

                                            Plaintiffs,

                                               **ANSWER**

    v.

PATSY'S ITALIAN RESTAURANT INC., d/b/a PATSY'S ITALIAN RESTAURANT, and SAL SCOGNAMILLO

                                         Defendants.
------------------------------------------------------------------------X

Defendants PATSY'S ITALIAN RESTAURANT INC., d/b/a PASTY'S ITALIAN RESTAURANT, and SAL SCOGNAMILLO (hereinafter "Defendants"), by their attorneys, **FRANKLIN, GRINGER & COHEN, P.C.,** as and for their answer to Plaintiffs' Complaint (the "Complaint"), answer as follows:

## INTRODUCTION

1.    Defendants deny the allegations contained in Paragraph 1 of the Complaint.

## JURISDICTION AND VENUE

2.    Defendants admit the allegations contained in Paragraph 2 of the Complaint.

3.    Defendants admit the allegations contained in Paragraph 3 of the Complaint.

## THE PARTIES

4.    Defendants admit the allegations contained in Paragraph 4 of the Complaint.

5.    Defendants admit the allegations contained in Paragraph 5 of the Complaint.

6.    Defendants admit the allegations contained in Paragraph 6 of the Complaint.

7.    Defendants admit the allegations contained in Paragraph 7 of the Complaint.

**FACTS**

8. Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 10 of the Complaint.

11. Defendants admit the allegations contained in Paragraph 11 of the Complaint.

12. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 12 of the Complaint.

13. Defendants admit the allegations contained in Paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18. Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20. Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

22. Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28. Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Complaint.

## FIRST CLAIM FOR RELIEF

### The Civil Rights Act – 42 U.S.C. § 1981, *et seq.* ("1981")

### Race/Ethnicity/Ancestry Discrimination

35. As to Paragraph 35 of the Complaint, Defendants repeat and reallege their answers to each and every allegation contained in Paragraphs 1 to 34 of the Complaint as if fully set forth herein.

36. Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. The forty-first paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

## SECOND CLAIM FOR RELIEF

### New York State Human Rights Law ("NYSHRL")

### N.Y. Exec. L. §§ 290 et seq. – Race/Ethnicity Discrimination

42. As to Paragraph 42 of the Complaint, Defendants repeat and reallege their answers to each and every allegation contained in Paragraphs 1 to 41 of the Complaint as if fully set forth herein.

43. Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44. Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45. Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. The forty-seventh paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

## THIRD CLAIM FOR RELIEF

### New York City Human Rights Law ("NYCHRL")

### N.Y.C. Admin. Code § 8-107, et seq. – Race/Ethnicity Discrimination

48. As to Paragraph 48 of the Complaint, Defendants repeat and reallege their answers to each and every allegation contained in Paragraphs 1 to 47 of the Complaint as if fully set forth herein.

49. Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50. Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51. Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53. The fifty-third paragraph of the Complaint sets forth a legal conclusion that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

54. The Complaint fails to state any claims by Plaintiffs against Defendants upon which relief

can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

55. This Court lacks subject matter jurisdiction over Plaintiffs' claims.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

56. Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

57. Plaintiffs failed to exhaust their administrative remedies.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

58. The Complaint, and each and every claim for relief contained therein, is barred, in whole or in part, to the extent that damages, if any, resulted from the acts and/or omissions of Plaintiffs.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

59. Plaintiffs failed to mitigate some or all of their alleged damages.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

60. Plaintiffs cannot recover damages for losses that they could have easily avoided by reasonable efforts.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

61. Plaintiffs' injuries were caused in whole or in part by the culpable conduct of the Plaintiffs, which bars the claims completely.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

62. If the Plaintiffs sustained any injuries or damages as alleged in the Complaint, such injuries or damages were caused, aggravated, or contributed to by the Plaintiffs' failure to take reasonable efforts to mitigate injuries and/or damages and any award made to the Plaintiffs must be reduced in such proportion and to the extent that the injuries complained of were caused, or contributed to

by Plaintiffs' failure to mitigate damages.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

63. Plaintiffs' claims are barred, in whole or in part, by equitable defenses, including the doctrine of equitable estoppel, laches, waiver and/or unclean hands.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

64. Compensatory and punitive damages are not available on Plaintiffs' claims in this action and/or Defendants' conduct did not rise to the level of culpability required to justify an award of such damages.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

65. Because no discovery has been taken at this state of the case, Defendants reserve the right to file and serve additional defenses, as appropriate.

**WHEREFORE,** Defendants demand judgment dismissing the Complaint in its entirety.

Dated: November 15, 2024

By: /s/
Michael D. Yim, Esq
**FRANKLIN, GRINGER & COHEN, P.C.**
*Attorneys for Defendants*
666 Old Country Road, Suite 202
Garden City, New York 11530
(516) 228-3131
(516) 228-3136 Fax
myim@franklingringer.com

To:  Joseph & Kirschenbaum LLP
D. Maimon Kirschenbaum
Michael DiGiulio
*Attorneys for Plaintiffs*
32 Broadway, Suite 601
New York, New York 10004
(212) 688-5640

maimon@jk-llp.com
leah@jk-llp.com