USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/18/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

                Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

                Defendants.

**ORDER**

24-CV-6991 (JLC) (HJR)
24-CV-6999 (JLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      On July 3, 2025, Plaintiffs filed a letter motion for discovery, raising several discovery disputes. Dkt. No. 70. On July 9, Defendants filed their own letter responding to these issues and raising several disputes of their own. Dkt. No. 73. On July 14, Plaintiffs responded to Defendants' letter. Dkt. No. 74.

      At today's conference, Plaintiffs stated that Defendants had produced additional documents and the issues raised in their letter were resolved for now.

      The parties are directed to meet and confer on the scope of discovery regarding Il Sorrento restaurant.

      Plaintiffs are directed to provide Defendants with the remaining documents in their possession relating to plaintiff Hoti's unemployment insurance claim, and to provide plaintiff Ymerga's consent to allow Defendants to obtain documents

1

2

relating to his unemployment insurance claim from the New York Department of Labor.

The Clerk of Court is respectfully directed to close the gavel at Docket Number 70 in 24-cv-06991.

**SO ORDERED.**

Dated: July 18, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2