UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

              Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2025

**ORDER**

24-CV-6991 (JLC) (HJR)
24-CV-6999 (JLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 5, 2025, Defendants filed a discovery motion seeking to compel production of documents and communications relating to Plaintiffs' plans to form a new business. 24cv6999 ECF No. 29. On August 15, 2025, Plaintiffs filed a discovery motion seeking to compel production of Defendants' bank records. 24cv6991 ECF No. 79. Additionally, both parties requested an extension of fact discovery. *See id.*

For the reasons discussed at today's conference, both motions for discovery are **DENIED**. The motions to extend discovery are **GRANTED**. Fact discovery will now close on **October 31, 2025**. Expert discovery is extended until **March 1, 2026.**

**SO ORDERED.**

Dated: August 27, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1