UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026
```

KRESHNIK HOTI, *et al.*,

     Plaintiffs,

   -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

     Defendants.

**ORDER**

24-CV-6999 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's December 5, 2025 Order, ECF No. 37, the Parties were directed to file summary judgment motions by January 5, 2026. Additionally, pursuant to paragraph 11 of the Case Management Plan and Scheduling Order, ECF No. 21, if no summary judgment motions are made, the Parties "shall submit a joint proposed pretrial order . . . 30 days after the close of all discovery." To date, no summary judgment motions or joint pretrial order have been filed on the docket. The Court *sua sponte* extends the deadline to submit a joint pretrial order to **January 20, 2026.**

**SO ORDERED.**

Dated: January 6, 2026
   New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge