# FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.

## ATTORNEYS AT LAW

Glenn J. Franklin

Steven Elliot Cohen

Michael S. Mosscrop

Elana T. Henderson*

Michael D. Yim

Troy A. Pacella

*ADMITTED TO NY AND NJ

666 OLD COUNTRY ROAD, SUITE 202

GARDEN CITY, NEW YORK 11530-2013

TELEPHONE (516) 228-3131 . FAX (516) 228-3136

Martin Gringer, RETIRED

April 7, 2026

*Via ECF*

The Honorable Henry J. Ricardo, U.S.M.J.

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007

      Re:    *Hoti et al. v. Patsy's Italian Restaurant, et al.* 24 Civ. 6999 (JGLC)(HJR)

Dear Judge Ricardo:

      This firm represents Defendants Patsy's Italian Restaurant, Sal Scognamillo, Joseph Scognamillo, and Lisa Scognamillo (collectively, the "Defendants") in the above-referenced matter.  Defendants, write with the consent of Plaintiff and pursuant to the Court's Order, respectfully request a brief extension of two weeks, through May 14, 2026, to submit the Joint Pretrial Order and related pretrial materials.

      The basis for this request is that Defendants recently received a Trial Preference Decision and Order in a separate matter bearing Index No. 616469/2022 in the Supreme Court of the State of New York, Nassau County, and have been directed to commence trial on April 21, 2026. As a result, defense counsel will be engaged in trial preparation and trial proceedings during the relevant period, rendering compliance with the current pretrial submission deadline impracticable.

      Accordingly, the parties respectfully request an extension of time to submit the Joint Pretrial Order and associated materials.

      Thank you for your attention to this matter.

                   Respectfully submitted,

                   **FRANKLIN, GRINGER & COHEN, P.C.**

                   __/s/_____

                   Michael D. Yim

Cc:    All Counsel of Record (*via* ECF)

FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.